722

order of Erie Special Term denying defendant's application for resentence.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELBERT ROSS, Appellant.— Order unanimously affirmed. Memorandum: Upon the defendant's application for leave to appeal on handwritten papers, permission was granted but counsel was not assigned. It appeared that the petitioner had in his possession all of the papers upon which the application for a writ of error *coram nobis* had been heard in the court below. The only question raised by the defendant is whether he was properly advised by his attorneys at the time he pleaded guilty to murder, second degree. That is a question upon which access to papers would not be material or relevant and we have, therefore, felt it proper to proceed to a disposition of the case (*People* v. *Breslin,* 4 N Y 2d 73; *People* v. *McCallum,* 8 N Y 2d 155). The defendant's contention affords no ground to disturb the judgment of conviction; therefore we affirm. In the defendant's brief in this court the defendant attempts to raise a question concerning his mental condition at the time of his plea but nothing was said about that question in his petition. The question is not before us and we do not pass upon it. (Appeal from order of Monroe County Court denying defendant's motion to vacate judgment of March 15, 1955 convicting defendant of the crime of murder, second degree.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR JOHNSON, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of the crime of robbery, second degree.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK RODRIGUEZ, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Monroe County Court convicting defendant of the crimes of robbery, first degree, grand larceny, first degree, and assault, second degree.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSE CRUZ, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Monroe County Court convicting defendant of the crimes of robbery, first degree, grand larceny, first degree, and assault, second degree.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES HOUSTON, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of illegally selling narcotic drugs.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT WEAVER, Appellant.— Judgment of conviction and order unanimously affirmed. (Appeal from judgment and order of Erie County Court convicting defendant Weaver of the crime of grand larceny, first degree. The order denied defendant's motion for a new trial.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD MARSHALL BARR, JR., Appellant.— Order unanimously reversed and proceeding remitted to the Onondaga County Court for a hearing. Memorandum: Petitioner alleges that he stands convicted, on his plea of guilty, of the crime of sodomy in the second degree, whereas he was indicted for that crime in the first degree only. Sodomy, second degree, is not necessarily an included crime or an inferior degree of the crime of sodomy, first degree (*People* v. *Cipolla,*